ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

04-1232C

Plaintiff(s) or Petitioner(s) Research & Professional Services

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Brian W. Craver

Firm Name: Person & Craver LLP

Post Office Box:

Street Address: 1801 K Street, N.W.

City-State-Zip: Washington, D.C. 20006

Telephone & Facsimile Numbers: (202) 466-4434/(202) 466-4416

E-mail address: BWCraver@perscrav.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: N A S

See attached Sheet for three digit code.

Amount Claimed: $ 283,193.07

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003