IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RESEARCH & PROFESSIONAL SERVICES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1232C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Thomas B. Fatouros as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:


THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.


Dated: September 2, 2004

s/ Thomas B. Fatouros


THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-5958
Fax: (202) 305-2118