IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1232C

(Filed November 23, 2004)

RESEARCH & PROFESSIONAL SERVICES,

Plaintiff,

v.

UNITED STATES,

Defendant

ORDER

On November 18, 2004, the clerk's office received the parties' Joint Preliminary Status Report, which was filed electronically by defendant's counsel. The clerk's office has indicated to chambers that plaintiff's counsel has not obtained an account for use of the court's automated Case Management/Electronic Case Filing ("CM/ECF") system, as required by General Order No. 42. This case was designated as an electronic case on July 30, 2004. Pursuant to the Notice of Designation and General Order No. 42, attorneys of record in electronic cases are required to obtain a CM/ECF account. Accordingly, plaintiff's counsel is ordered to obtain a CM/ECF account immediately. The clerk is instructed to serve this order by traditional, non-electronic means.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge