**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **RESEARCH & PROFESSIONAL SERVICES,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | ) | **No. 04-1232C**<br>**(Judge Lettow)** |

**<u>PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES</u>**

Plaintiff Research & Professional Services ("RPS"), through counsel, respectfully submits its initial disclosures in accordance with the requirements set forth in Rule 26(a) of the Rules of the Court of Federal Claims:

**<u>Individuals Likely to Have Discoverable Information</u>**

The following individuals are likely to possess discoverable information in this action:

(a) Dr. Ram P. Sharma, President, Research & Professional Services, 22963 West Outer Drive, Dearborn, MI 48124; Telephone (313) 278-7719. Dr. Sharma has general knowledge of the facts and claims raised in the Complaint in the action, as well as damages claimed by RPS. Dr. Sharma may be contacted through counsel for RPS.

(b) Bharat Thacker, Vice President, Research & Professional Services, 2963 West Outer Drive, Dearborn, MI 48124; Telephone (313) 278-7719. Mr. Thacker has

general knowledge of the facts and claims raised in the Complaint in the action, as well as damages claimed by RPS. Mr. Thacker may be contacted through counsel for RPS.

(c) Anoop N. Mehta, CPA & Vice President, Science Systems & Applications, Inc. ("SSAI"), 5900 Princess Garden Parkway, Suite 300, Lanham, MD 20706; Telephone (301) -731-9300. Mr. Mehta, or other individuals at SSAI may have knowledge of facts and circumstances regarding the claims raised by RPS in the Complaint in this action. SSAI was a subcontractor to RPS on the project that forms the basis of RPS Complaint in this action.

(d) Stephen P. Cimino, L. Harrington, Monica Montague, William Hatchl, John Kamowski, Michael Comeriate, William Campbell, Patrick Coronado, Francis Stetina, Hank Maurer, E. Ann Hasse, Michelle McIntyre & Bruce Guenther of NASA may have knowledge of the facts and circumstances regarding the claims raised by RPS in the Complaint in this action, and, upon information and belief, may be reached care of NASA, Goddard Space Flight Center, Greenbelt, MD 20771.

(e) Ahmed Mezaache, of Advanced Computing, 13423 Youngwood Turn, Bowie, MD 20715, Telephone: (301) 262-5016, may have knowledge of facts and circumstances regarding the claims raised by RPS in the Complaint in this action. Advanced Computing was a subcontractor to RPS on the project that forms the basis of RPS Complaint in this action.

(f) Monique Perrenoud, J. Vanoni, of Technavia S.A., 6917 Barbengo-Lugano, Switzerland, Telephone: 41-91-552121, may have knowledge of facts and circumstances regarding the claims raised by RPS in the Complaint in this action. Technavia was a subcontractor to RPS on the project that forms the basis of RPS Complaint in this action.

(g) Edward Rich, current address and telephone unknown, may have knowledge of facts and circumstances regarding the claims raised by RPS in the Complaint in this action. Edward Rich was a subcontractor to RPS on the project that forms the basis of RPS Complaint in this action.

(h) Former RPS employees Allen Lunsford, Eugene Schaffer & Robert Mahoney may also have discoverable information related to this action. At present, RPS does not have contact information for these individuals.

As investigation and discovery is continuing in this action, RPS will supplement these disclosures as necessary in the future.

**Description, Category, and Location of all Documents**

Counsel for RPS is currently in possession of the following categories of documents, which are available for inspection and copying at the offices of Nankin & Verma PLLC, 11 North Washington Street, Suite 360, Rockville, MD 20850:

- SF 33 & Section K Documents
- The Contract between NASA and RPS
- Technical Proposal
- NASA Contract Negotiations
- DCAA 92-93
- Incurred Cost Proposals
- DCAA Approvals
- MODS
- Tasks
- Public Vouchers 1-47

- Fee Vouchers 1A-48A
- Quarterly 533's Financial Management Reports
- Onsite Personnel Reports
- Acquired Material Reports
- NASA Correspondence
- Letters for Funding to NASA
- Correspondence from NASA CO 1993
- Correspondence to NASA CO 1993
- Correspondence from NASA CO 1994
- Correspondence to NASA CO 1994
- Correspondence to NASA CO 1995
- Correspondence from NASA CO 1996
- Additional Correspondence to NASA
- Additional Correspondence from NASA
- Other Reports
- Purchase Approval Requests
- Foreign Travel Requests/Approvals
- Trip Reports
- Transition from SSAI to RPS
- Subcontracts

Additional documents may be located in RPS' corporate offices in Dearborn, Michigan, and counsel is working to obtain copies of all other relevant documents in this

action. As investigation and discovery is continuing in this action, RPS will supplement these disclosures as necessary in the future.

**Computation of Damages:**

RPS claims the total amount of $283,193.07 in this action, which amount is comprised of the following separate claims:

$260,017.80 (cost overruns due to decreases in direct labor hours and concomitant increases in indirect labor rates);

$21,073.31 (unpaid fixed fee);

$2,101.96 (costs recognized by the Contracting Officer by not paid).

As investigation and discovery is continuing in this action, RPS will supplement these disclosures as necessary in the future.

Respectfully submitted,

s/Brian W. Craver
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 466-4434 (Tel.)
(202) 466-4416 (Fax)

Counsel for Plaintiff

Dated: December 16, 2004

OF COUNSEL:
Dinesh C. Verma, Esq.
NANKIN & VERMA PLLC
11 North Washington Street
Suite 360
Rockville, MD 20850
(240) 456-0000 (Tel.)
(240) 456-0002 (Fax)