IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1232C

(Filed May 20, 2005)

RESEARCH & PROFESSIONAL SERVICES,

Plaintiff,

v.

UNITED STATES,

Defendant

SCHEDULING ORDER

Further proceedings in this case shall be conducted in accordance with the following schedule:

1. Discovery shall be completed on or before August 1, 2005.

2. Dispositive motions, if any, shall be filed on or before August 31, 2005.

3. If no dispositive motions are filed by August 31, 2005, the parties shall file a Joint Status Report on or before September 20, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge