IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RESEARCH & PROFESSIONAL SERVICES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1232C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1)(B), the parties stipulate that the complaint be dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses, except as otherwise provided in their settlement agreement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella by Deborah A. Bynum
JAMES M. KINSELLA
Deputy Director

s/ Brian W. Craver
BRIAN W. CRAVER
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 466-4434
Attorney for Plaintiff

Dated: July 26, 2005

s/ Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-5958

OF COUNSEL:
Marla Harrington
Attorney
National Aeronautics and Space Administration

Attorneys for Defendant

Dated: July 29, 2005